**Maureen Elizabeth BARNABY, Petitioner,**

v.

**Eric H. HOLDER Jr., United States Attorney General,[1] Respondent.**

**No. 08–2162–ag.**

United States Court of Appeals, Second Circuit.

June 18, 2009.

---

1. Pursuant to Federal Rule of Appellant Procedure 43(c)(2), Eric H. Holder Jr., is substi-

H. Raymond Fasano, Madeo & Fasano, New York, N.Y., for Petitioner.

Gregory G. Katsas, Assistant Attorney General, Keith I. McManus and Cindy S. Ferrier, Senior Litigation Counsel, Office of Immigration Litigation, U.S. Department of Justice, Washington, D.C., for Respondent.

PRESENT: RALPH K. WINTER, GUIDO CALABRESI and ROBERT D. SACK, Circuit Judges.

## SUMMARY ORDER

Petitioner Maureen Elizabeth Barnaby, a native and citizen of Jamaica, seeks review of the April 4, 2008 order of the Board of Immigration Appeals ("BIA"), which denied her motion for reconsideration or reopening of her removal proceedings. We assume the parties' familiarity with the facts of the case, its procedural history, and the scope of the issues on appeal. Barnaby's motion—construed as either a motion to reconsider or reopen—was untimely and not subject to any of the enumerated exceptions. The BIA decided not to reopen the case *sua sponte*, and we lack jurisdiction over that decision. *See Ali v. Gonzales*, 448 F.3d 515, 518 (2d Cir.2006) (per curiam) ("a decision of the BIA whether to reopen a case *sua sponte* under 8 C.F.R. § 1003.2(a) is entirely discretionary and therefore beyond our review"). We have considered all of Barnaby's arguments and find them without

tuted for Michael B. Mukasey as Respondent.
* The Honorable Timothy C. Stanceu, of the United States Court of International Trade,

merit. Accordingly, the petition is DISMISSED.